UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Ft. Lauderdale Division)
Case Number: 0:24-cv-60014-RS

JOSE E. REIG,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.; and JEFFERSON CAPITAL SYSTEMS LLC,

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Jose E. Reig, and Defendants, Experian Information Solutions, Inc. ("Experian") and Jefferson Capital Systems LLC, by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action, and all claims asserted or that could have been asserted herein, with prejudice, of Experian with each party to bear their own costs and attorney's fees.

Dated: July 19, 2024.

| | |
|---|---|
| /s/ *Justin E. Zeig* | /s/ *Maria H. Ruiz* |
| Justin E. Zeig | Maria H. Ruiz |
| Florida Bar No. 112306 | Florida Bar No. 182923 |
| Zeig Law Firm, LLC | KASOWITZ BENSON TORRES LLP |
| 3595 Sheridan Street Suite 103 | 1441 Brickell Avenue, Suite 1420 |
| Hollywood, FL 33021 | Miami, FL  33131 |
| Phone: 754-217-3084 | Telephone:  (786) 587-1044 |
| Email: Justin@zeiglawfirm.Com | MRuiz@Kasowitz.com |
| *Attorney for Plaintiff* | *Attorney for Defendant Experian Information Solutions, Inc.* |

/s/ *Rachel M. Fleishman*
Rachel M. Fleishman
Florida Bar No. 1026438
Dayle M. Van Hoose
Florida Bar No. 0016277
SESSIONS, ISRAEL & SHARTLE, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
Telephone: (813) 775-2170
rfleishman@sessions.legal
dvanhoose@sessions.legal
Counsel for Defendant
Jefferson Capital Systems, LLC
