UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60014-CIV-SMITH

JOSE E. REIG,

    Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC.; and
JEFFERSON CAPITAL SYSTEMS LLC,

    Defendants.
_____/

**ORDER OF DISMISSAL**

This cause is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice [DE 31]. Upon consideration, it is

    **ORDERED** that:

1. This case is **DISMISSED with prejudice.** Each party shall bear its own fees and costs.

2. All pending motions are **DENIED as moot.**

3. The case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida this 23rd day of July, 2024.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record